| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowman, Leslie A. | U.S. District Court - Arizona | 02/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3170
Tucson, Arizona 85701-5054

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Physician, self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | Mortgage on Property, Pima County (Pt. VII, line 5) | N |
| 2. | Morgan Stanley | Mortgage on Rental Property, Los Angeles County (Pt. VII, line 6) | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Account | | None | K | T | | | | | |
| 2. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 3. Capital One Accounts | A | Interest | M | T | | | | | |
| 4. Bank of America Account | A | Interest | J | T | | | | | |
| 5. Property #1, Pima County, AZ | | None | N | W | | | | | |
| 6. Rental Property #2, Los Angeles County, CA | F | Rent | P1 | W | | | | | |
| 7. Diversified Van Inst Indx Plus | A | Dividend | K | T | Sold (part) | 12/29/17 | J | A | |
| 8. Diversified Vanguard SmCap Indx Plus | A | Dividend | K | T | Sold (part) | 12/29/17 | J | A | |
| 9. Vanguard Prime Money Market Sweep Account | A | Interest | J | T | | | | | |
| 10. Vanguard Health Care Fd Investor Shares (VGHCX) | B | Dividend | K | T | | | | | |
| 11. Vanguard Large Cap Indx Fd Adm Shares (VLCAX) | C | Dividend | M | T | | | | | |
| 12. Vanguard Small Cap Indx Fd Adm Shares (VSMAX) | B | Dividend | M | T | | | | | |
| 13. Vanguard Total International Stock Indx Fd Adm Shares (VTTAX) | B | Dividend | L | T | | | | | |
| 14. Apple | A | Dividend | K | T | | | | | |
| 15. Vanguard S & P 500 Index ETF (VOO) | D | Dividend | O | T | | | | | |
| 16. Vanguard Consumer Discretionary ETF (VCR) | B | Dividend | M | T | | | | | |
| 17. Vanguard Small Cap ETF (VB) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Healthcare ETF (VHT) | B | Dividend | M | T | | | | | |
| 19. Vanguard Financials ETF (VFH) | B | Dividend | M | T | | | | | |
| 20. UBS Money Market | A | Interest | J | T | | | | | |
| 21. Vanguard Total Stock Mkt ETF (VTI) | B | Dividend | L | T | | | | | |
| 22. Vanguard Information Tech ETF (VGT) | B | Dividend | M | T | | | | | |
| 23. Vanguard Extended Mkt ETF (VXF) | B | Dividend | M | T | | | | | |
| 24. Vanguard Total International ETF (VXUS) | C | Dividend | M | T | | | | | |
| 25. Vanguard Dividend Appreciation ETF | A | Dividend | | | Sold | 05/19/17 | K | B | |
| 26. Alphabet Inc Cl A | | None | K | T | | | | | |
| 27. Anheuser Busch | A | Dividend | J | T | | | | | |
| 28. Microsoft | A | Dividend | K | T | | | | | |
| 29. Union Pacific | A | Dividend | K | T | | | | | |
| 30. Abbvie | A | Dividend | K | T | | | | | |
| 31. Accelerate Diag | | None | K | T | | | | | |
| 32. Cisco | A | Dividend | K | T | | | | | |
| 33. Duke Energy | A | Dividend | J | T | | | | | |
| 34. Intel Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 36. Target | A | Dividend | J | T | | | | | |
| 37. Toronto Dom | A | Dividend | K | T | | | | | |
| 38. United Parcel | A | Dividend | J | T | | | | | |
| 39. Verizon | A | Dividend | J | T | | | | | |
| 40. Powershares S & P 500 Quality ETF | A | Dividend | | | Sold | 04/25/17 | J | B | |
| 41. T. Rowe Price Bluechip Growth | | None | | | Buy (add'l) | 01/19/17 | J | | |
| 42. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 43. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 44. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 45. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 46. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 47. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 48. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 49. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 50. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 51. | | | | | Buy (add'l) | 05/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/02/17 | K | D | |
| 53. Thornburg Global Opportunities | | None | | | Buy (add'l) | 01/19/17 | J | | |
| 54. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 55. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 56. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 57. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 58. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 59. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 60. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 61. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 62. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 63. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 64. | | | | | Sold | 06/01/17 | K | C | |
| 65. Vanguard Midcap Growth | | None | K | T | Buy (add'l) | 01/19/17 | J | | |
| 66. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 67. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 68. | | | | | Buy (add'l) | 03/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 70. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 71. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 72. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 73. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 74. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 75. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 76. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 77. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 78. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 79. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 80. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 81. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 82. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 83. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 84. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 85. | | | | | Buy (add'l) | 10/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 87. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 88. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 89. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 90. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 91. Vanguard Small Cap Growth | None | | K | T | Buy (add'l) | 01/19/17 | J | | |
| 92. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 93. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 94. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 95. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 96. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 97. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 98. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 99. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 100. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 101. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 102. | | | | | Buy (add'l) | 06/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 104. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 105. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 106. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 107. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 108. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 109. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 110. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 111. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 112. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 113. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 114. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 115. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 116. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 117. Fidelity Real Estate | | None | | | Buy (add'l) | 01/19/17 | J | | |
| 118. | | | | | Sold | 01/23/17 | J | A | |
| 119. Ivy Global Natural Resources | | None | | | Buy (add'l) | 01/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 121. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 122. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 123. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 124. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 125. | | | | | Sold | 04/03/17 | J | | |
| 126. Ivy Science and Technology | None | | | | Buy (add'l) | 01/19/17 | J | | |
| 127. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 128. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 129. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 130. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 131. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 132. | | | | | Sold | 04/03/17 | J | A | |
| 133. JP Morgan IT Core Bond Portfolio | None | | | | Buy (add'l) | 01/10/17 | J | | |
| 134. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 135. | | | | | Sold | 02/02/17 | J | A | |
| 136. ClearBridge Variable Sm Cap Growth Fund | None | K | | T | Buy (add'l) | 01/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 138. | | | | | Buy (add'l) | 02/10/17 | J | | |
| 139. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 140. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 141. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 142. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 143. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 144. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 145. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 146. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 147. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 148. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 149. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 150. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 151. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 152. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 153. | | | | | Buy (add'l) | 09/25/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 155. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 156. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 157. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 158. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 159. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 160. Delaware VIP Emerging Mkt Series | None | | | | Buy (add'l) | 01/10/17 | J | | |
| 161. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 162. | | | | | Buy (add'l) | 02/10/17 | J | | |
| 163. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 164. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 165. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 166. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 167. | | | | | Sold | 04/24/17 | J | A | |
| 168. Delaware VIP REIT Series | None | | | | Buy (add'l) | 01/10/17 | J | | |
| 169. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 170. | | | | | Buy (add'l) | 02/10/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 172. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 173. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 174. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 175. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 176. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 177. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 178. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 179. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 180. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 181. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 182. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 183. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 184. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 185. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 186. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 187. | | | | | Sold | 10/23/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Delaware VIP Sm Cap Value Series | | None | | | Buy (add'l) | 01/10/17 | J | | |
| 189. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 190. | | | | | Sold | 02/02/17 | J | A | |
| 191. LVIP Clarion Global Real Estate Fund | | None | | | Buy (add'l) | 01/10/17 | J | | |
| 192. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 193. | | | | | Sold | 02/02/17 | J | A | |
| 194. LVIP MFS International Growth Fund | | None | | | Buy (add'l) | 01/10/17 | J | | |
| 195. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 196. | | | | | Buy (add'l) | 02/10/17 | J | | |
| 197. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 198. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 199. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 200. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 201. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 202. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 203. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 204. | | | | | Sold | 06/02/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. LVIP SSgA Dev. International 150 (Standard Class) | | None | | | Buy (add'l) | 01/10/17 | J | | |
| 206. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 207. | | | | | Buy (add'l) | 02/10/17 | J | | |
| 208. | | | | | Buy (add'l) | 02/25/17 | J | | |
| 209. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 210. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 211. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 212. | | | | | Sold | 04/24/17 | J | A | |
| 213. LVIP SSgA S & P 500 Index Fund (Standard Class) | | None | | | Buy (add'l) | 01/10/17 | J | | |
| 214. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 215. | | | | | Buy (add'l) | 02/10/17 | J | | |
| 216. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 217. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 218. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 219. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 220. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 221. | | | | | Buy (add'l) | 05/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 223. | | | | | Sold | 06/02/17 | K | B | |
| 224. LVIP T. Rowe Price Structured Mid Cap Growth Fund | None | K | T | | Buy (add'l) | 01/10/17 | J | | |
| 225. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 226. | | | | | Buy (add'l) | 02/10/17 | J | | |
| 227. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 228. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 229. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 230. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 231. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 232. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 233. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 234. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 235. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 236. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 237. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 238. | | | | | Buy (add'l) | 08/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 240. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 241. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 242. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 243. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 244. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 245. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 246. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 247. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 248. LVIP Vanguard International Equity ETF | | None | | | Buy (add'l) | 01/10/17 | J | | |
| 249. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 250. | | | | | Buy (add'l) | 02/10/17 | J | | |
| 251. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 252. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 253. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 254. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 255. | | | | | Buy (add'l) | 04/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 257. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 258. | | | | | Sold | 06/02/17 | J | A | |
| 259. LVIP Wellington Mid Cap Value Fund | None | K | T | | Buy (add'l) | 01/10/17 | J | | |
| 260. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 261. | | | | | Buy (add'l) | 02/10/17 | J | | |
| 262. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 263. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 264. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 265. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 266. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 267. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 268. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 269. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 270. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 271. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 272. | | | | | Buy (add'l) | 07/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 274. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 275. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 276. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 277. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 278. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 279. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 280. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 281. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 282. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 283. PIMCO VIT Commodity Real Return Strategy Portfolio (Admin Class) | None | | | | Buy (add'l) | 01/10/17 | J | | |
| 284. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 285. | | | | | Sold | 02/02/17 | J | A | |
| 286. Templeton Global Bond VIP Fund (Class 1) | None | | | | Buy (add'l) | 01/10/17 | J | | |
| 287. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 288. | | | | | Sold | 02/02/17 | J | A | |
| 289. Vanguard Midcap Value | None | K | T | | Buy | 06/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 291. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 292. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 293. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 294. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 295. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 296. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 297. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 298. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 299. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 300. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 301. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 302. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 303. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 304. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 305. IShares Exponential Technology ETF | A | Dividend | K | T | Buy | 04/05/17 | J | | |
| 306. | | | | | Buy (add'l) | 04/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 308. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 309. | | | | | Buy (add'l) | 06/13/17 | J | | |
| 310. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 311. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 312. IShares MSCI USA ETF | A | Dividend | K | T | Buy | 05/16/17 | K | | |
| 313. Powershares Russell 1000 Equal Weight ETF | A | Dividend | K | T | Buy | 06/13/17 | J | | |
| 314. | | | | | Buy (add'l) | 06/13/17 | J | | |
| 315. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 316. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 317. Vanguard FTSE Europe ETF | A | Dividend | K | T | Buy | 10/31/17 | J | | |
| 318. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 319. | | | | | Buy (add'l) | 12/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 02/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, line 3 on my amended 2016 report and my 2015 report showed the mortgage on rental property, Los Angeles County was held by Merrill Lynch. That was an error. The mortgage was and is held by Morgan Stanley.

The values of Diversified Van Inst Indx Plus and Diversified Vanguard SmCap Indx Plus, lines 8 and 10 on my amended 2016 report, showed gross values at the end of the reporting period as "J". Both should have been "K".

Vanguard Institutional Indx, line 13 of my amended 2016 report, line 10 of my 2015 report and line 17 of my 2014 report was mistakenly listed. As explianed in part VIII of the 2016 report, that is a duplicate of 2016 line 8 and current line 7. I should have omitted it from my 2016 report. I have omitted it from my 2017 report.

Line 20 of my 2016 amended report listed the income as "B". It should have been "D". The gross value at end of reporting period was listed as "M". It should have been "N". The current income and gross value are properly reported in my 2017 report on line 15.

In an effort to avoid errors and confusion between funds with similar names, I have added the stock symbols to some of the mutual funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie A. Bowman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544